# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 626 |
|---|---|---|
| | : | |
| ORDER ADOPTING RULES | : | CIVIL PROCEDURAL RULES |
| 1951-1959 OF THE | : | |
| PENNSYLVANIA RULES OF CIVIL | : | DOCKET |
| PROCEDURE | : | |
| | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2015, upon the recommendation of the Domestic Relations Procedural Rules Committee, the proposal having been published for public comment in the *Pennsylvania Bulletin*, 45 Pa.B. 1607 (April 4, 2015):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 1951-1959 of the Pennsylvania Rules of Civil Procedure are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2015.